IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR SAMUEL DAVIS,

   Petitioner,      No. CIV-S-08-1007 FCD KJM P

 vs.

L. E. SCRIBNER, et al.,

   Respondents.    <u>ORDER</u>

_____/

   Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. It appears respondent has failed to respond to three of the four grounds raised in petitioner's June 2, 2008 amended petition. <u>See</u> Answer; June 2, 2008 Am. Pet. at 40-41; June 2, 2008 Mem. In Supp. Of Am. Pet.; Traverse. Good cause appearing, IT IS HEREBY ORDERED that respondents file an amended answer responding to all of the

/////
/////
/////
/////
/////
/////

1

1 | claims raised in petitioner's June 2, 2008 amended habeas petition within thirty days.  Petitioner
2 | may file an amended traverse within thirty days of service of the amended answer.
3 | DATED: August 21, 2009.

_____
U.S. MAGISTRATE JUDGE

1
davi1007.fr

2