IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR SAMUEL DAVIS,

      Petitioner,                    No. CIV-S-08-1007 FCD KJM P

    vs.

L. E. SCRIBNER, et al.,

      Respondents.              <u>ORDER</u>

        On August 21, 2009, respondents were ordered to file an amended answer to petitioner's amended application for writ of habeas corpus because respondents had only responded to one of petitioner's four claims in their original answer. On September 18, 2009, respondents filed a supplemental answer. However, Local Rule 15-220 requires that all pleadings be complete in and of themselves; the court does not permit supplemental pleadings.

/////

/////

/////

/////

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. Respondents' September 18, 2009 "Supplemental Memorandum Of Points
3  And Authorities" is stricken;

4  2. Respondents shall file their amended answer within ten days; and

5  3. Petitioner may file an amended traverse within thirty days of respondents'
6  amended answer.

7  DATED: September 24, 2009.

_____
U.S. MAGISTRATE JUDGE

1
davi1007.ama