1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

VICTOR SAMUEL DAVIS,

11

      Petitioner,                    No. CIV S-08-1007 FCD CHS P

12

   vs.

13

L.E. SCRIBNER, Warden, et al.,

14

      Respondents.        <u>ORDER</u>

15

                            /

16

      Petitioner, a state prisoner proceeding pro se, has filed a timely notice of appeal of

17

this court's March 19, 2010 order denying his application for writ of habeas corpus.  Before

18

petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19

Fed. R. App. P. 22(b).

20

      A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant

21

has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

22

The certificate of appealability must "indicate which specific issue or issues satisfy" the

23

requirement.  28 U.S.C. § 2253(c)(3).

24

      A certificate of appealability should be granted for any issue that petitioner can

25

demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26

court, or is "'adequate to deserve encouragement to proceed further.'"  *Jennings v. Woodford*,

1

1   290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]

2         Petitioner has not met this standard.  For the reasons set forth in the magistrate

3   judge's Findings and Recommendations filed on February 12, 2010, petitioner has not made a

4   substantial showing of the denial of a constitutional right in any of his claims.

5         Accordingly, IT IS HEREBY ORDERED that a certificate of appealability shall

6   not issue in the present action.

7   DATED: April 27, 2010.

8

9                    FRANK C. DAMRELL, JR.
                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

---

25      [1] Except for the requirement that appealable issues be specifically identified, the

26   standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. *Jennings*, at 1010.